AMERICAN BUDGET CORP., A CORPORATION OF NEW JERSEY, FRANK COLEMAN, ROGER WALKER, ANN B. SMITH, JOSEPH McGRATH, FRANK CURTIN, CAROL HAYDOCK AND MICHAEL HAYDOCK, PLAINTIFFS-APPELLANTS, v. D'AVID D. FURMAN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY AND BRENDAN T. BYRNE, PROSECUTOR OF ESSEX COUNTY, DEFENDANTS-RESPONDENTS.

Argued November 8, 1961—Decided November 20, 1961.

*Mr. Victor W. Stein* argued the cause for the appellants (*Messrs. Hilowitz & Stein,* attorneys).

*Mr. David Landau* argued the cause for the respondents (*Mr. David D. Furman,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Mintz in the Superior Court, Chancery Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.